UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTOINETTE STANSBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | )    CASE NO. 1:26-cv-00052 |
| | ) |
| GEO ACADEMIES, INC. d/b/a GEO | ) |
| NEXT GENERATION ACADEMY, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF REMOVAL**

Defendant, Geo Academies, Inc. d/b/a Geo Next Generation Academy ("Defendant") by

counsel, hereby invokes this Court's jurisdiction pursuant to 28 U.S.C. § 1331, 1441, and 1446,

and in accordance with the United States Code and the Federal Rules of Civil Procedure, hereby

files this Notice of Removal. In support thereof, Defendant states as follows:

1.     On February 11, 2025, Antoinette Stansberry ("Plaintiff") filed a Complaint and

Jury Demand in the Marion Superior Court captioned *Antoinette Stansberry v. Geo Academies,*

*Inc. d/b/a Geo Next Generation Academy Cause No. 49D02-2502-MI-006986* (the "State Court

Case") alleging wrongful termination, breach of contract, failure to pay wages, all under Indiana

law. A true and accurate copy of the Complaint and Jury Demand filed in the Marion Superior

Court is attached hereto as **Exhibit 1**.

2.     On December 2, 2025, Plaintiff filed a motion for leave to amend her Complaint

seeking to add claims for gender discrimination and retaliation under Title VII of the Civil Rights

Act of 1964, as amended, 42 U.S.C. § 2000e *et. seq*. A true and accurate copy of the Amended

Complaint and Jury Demand is attached hereto as **Exhibit 2.**

3.      On December 22, 2025, the Court granted Plaintiff's motion for leave to amend her Complaint, and deemed filed Plaintiff's proposed Amended Complaint as of December 23, 2025. A true and accurate copy of the Marion Superior Court's order granting Plaintiff's motion for leave to amend her Complaint is attached hereto as **Exhibit 3**.

4.      The Court has original jurisdiction over this amended action under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1343 and it may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446, because it is a civil action arising under the laws of the United States in that the Amended Complaint asserts claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et*. *seq*.

5.      The deadline to file the Notice of Removal has not lapsed. Accordingly, removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6.      Marion County, Indiana, is within the jurisdiction of the United States District Court for the Southern District of Indiana-Indianapolis Division. Defendant seeks to remove this action to this Court as provided by law.

7.      An accurate copy of all processes, pleadings, and orders filed in the Marion Superior Court are attached hereto as **Exhibit 4**.

8.      Contemporaneously with the filing of this Notice of Removal, Defendant filed a civil cover sheet with the United States District Court for the Southern District of Indiana and paid the Initial Filing Fee of Four Hundred and Five Dollars ($405.00).

WHEREFORE, Defendant, Geo Academies, Inc. d/b/a Geo Next Generation Academy requests the Court to assume jurisdiction over this case in accordance with 28 U.S.C. §§ 1331, 1441, and 1446.

Respectfully submitted,

/s/ Craig W. Wiley
Craig W. Wiley
Chad H. Holler
JACKSON LEWIS P.C.
111 Monument Circle, Suite 2600
Indianapolis, IN 46204
Telephone: (317) 489-6930
Facsimile: (317) 489-6931
craig.wiley@jacksonlewis.com
chad.holler@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2026, I filed the foregoing *Notice of Removal* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark R. Waterfill
6425 E. Co. Rd. 600 S.
Plainfield, IN 46168
*mark@waterfilllaw.com*

/s/ Craig W. Wiley
Craig W. Wiley

4921-5174-6951, v. 1

3